# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3090-CR-S-DW |
| | ) | |
| SCOTT E. KISSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Chief Magistrate Judge James C. England's Report and
Recommendations (Doc. 36) denying Defendant's Motion to Suppress (Doc. 29). Defendant has
not filed objections to the Report and Recommendation. After an independent review of the
transcript of the evidentiary hearing, the applicable law, and the parties' arguments, the Court
ADOPTS the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders
that the Magistrate's Report and Recommendation be attached to and made a part of this Order
and DENIES Defendant's Motion to Suppress (Doc. 29).

Date:___June 12, 2007___          ___/s/ Dean Whipple___
                                                      Dean Whipple
                                            United States District Judge